6024. HOLMES *v.* SOUTHERN RAILWAY COMPANY.

RUSSELL, C. J. Under the ruling of the Supreme Court, in response to certified questions propounded by this court in this case, it was not error to sustain a demurrer to an action brought to recover damages for the tortious homicide of a child two years and four months old, and thereupon to dismiss the petition. *Holmes* v. *Southern Railway Co.,* 145 *Ga.* 172 (88 S. E. 924). *Judgment affirmed.*

DECIDED MAY 26, 1916.

Action for damages; from city court of Eastman—Judge Neese. September 4, 1915.

*J. M. Bleckley, Roberts & Smith,* for plaintiff.
*Eschol Graham,* for defendant.